Petition for Writ of Mandamus Dismissed and Opinion filed May 20, 2008








Petition
for Writ of Mandamus Dismissed and Opinion filed May 20, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00392-CV

____________

 

IN RE RODERICK RAY PENDLETON aka DERALD RAY
COLGROVE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
12, 2008, relator, Roderick Ray Pendleton aka Derald Ray Colgrove, filed a
petition for writ of mandamus in this Court.  See Tex. Gov=t Code Ann '22.221 (Vernon 2004); see also
Tex. R. App. P. 52.1.  In the petition, relator requests this court to compel
the District Clerk of Harris County to forward his application for writ of
habeas corpus to the Texas Court of Criminal Appeals.  

We do
not have jurisdiction to issue a writ of mandamus against a district clerk
unless it is necessary to enforce our jurisdiction.  Tex. Gov=t Code Ann. ' 22.221; In re Washington, 7
S.W.3d 181, 182 (Tex. App.CHouston [1st Dist.] 1999, orig. proceeding).  








Because
we do not have jurisdiction, the petition for writ of mandamus is ordered
dismissed.  

 

PER
CURIAM

 

Petition Dismissed and Memorandum
Opinion filed May 20, 2008.

Panel consists of Justices Yates,
Anderson, and Brown.